Lynda J. Zadra-Symes (Bar No. 156,511)
lynda.zadrasymes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Timothy J. Goodson (Bar No. 244,649)
timothy.goodson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush Street, 21st Floor
San Francisco, CA  94104
Phone:  (415) 954-4114
Facsimile:  (415) 954-4111

Attorneys for Defendant
ORANGE COUNTY DEPARTMENT OF EDUCATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA GLAD, LLC, a California limited liability company, BE GLAD, LLC, a California limited liability company, JABBAR BEIG, an individual, and NOSHABA BEIG aka NOSHABA AFZAL, an individual,<br><br>                    Plaintiffs,<br><br>        v.<br><br>ORANGE COUNTY DEPARTMENT OF EDUCATION,<br><br>                    Defendant. | Civil Action No. CV 13-0821 MEJ<br><br>Magistrate Judge Maria-Elena James<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

*1*   The Court, having considered the Joint Stipulation to Continue Case Management
*2* Conference and Extend Time to Respond to First Amended Complaint and the declaration in
*3* support of same, and for good cause shown, HEREBY ORDERS THAT:
*4*   1.   The Case Management Conference shall be continued to September ~~19~~ 26, 2013.
*5* Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines
*6* (Docket No. 2), all case management and ADR deadlines are continued accordingly.
*7*   2.   The time within which OCDED shall answer or otherwise respond to the First
*8* Amended Complaint is extended through and including July 18, 2013.
*9*   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

*11* Dated:   July 10, 2013

*12*                                           Hon. Maria-Elena James
                                              United States Magistrate Judge

*13* 15763724

- 1 -                    [PROPOSED] ORDER GRANTING
                          STIP TO EXTEND TIME TO RESP TO COMPL