Lynda J. Zadra-Symes (Bar No. 156,511)
lynda.zadrasymes@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Timothy J. Goodson (Bar No. 244,649)
timothy.goodson@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
333 Bush Street, 21st Floor
San Francisco, CA  94104
Phone:  (415) 954-4114
Facsimile:  (415) 954-4111

Attorneys for Defendant
ORANGE COUNTY DEPARTMENT OF EDUCATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA GLAD, LLC, a California limited liability company, BE GLAD, LLC, a California limited liability company, JABBAR BEIG, an individual, and NOSHABA BEIG aka NOSHABA AFZAL, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>ORANGE COUNTY DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Civil Action No. CV 13-0821 MEJ<br><br>Magistrate Judge Maria-Elena James<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

1. The Court, having considered the Joint Stipulation to Continue Case Management Conference and Extend Time to Respond to First Amended Complaint and the declaration in support of same, and for good cause shown, HEREBY ORDERS THAT:

1. The Case Management Conference shall be continued to September 26 ~~19~~, 2013. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 2), all case management and ADR deadlines are continued accordingly.

2. The time within which OCDED shall answer or otherwise respond to the First Amended Complaint is extended through and including July 18, 2013.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: July 10, 2013

Hon. Maria-Elena James
United States Magistrate Judge

15763724