Robert J. Feldhake [SBN 107380]
rfeldhake@far-law.com
Terry M. Weyna [SBN 171915]
tweyna@far-law.com
THE FELDHAKE LAW FIRM, APC
650 Town Center Drive, Suite 1590
Costa Mesa, CA 92626
Phone: (714) 352-8230
Facsimile: (714) 352-8270

Attorneys for Defendant and Counterclaimant
ORANGE COUNTY DEPARTMENT OF EDUCATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA GLAD, LLC, a California limited liability company, BE GLAD, LLC, a California limited liability company, JABBAR BEIG, an individual, and NOSHABA BEIG aka NOSHABA AFZAL, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>ORANGE COUNTY DEPARTMENT OF EDUCATION,<br><br>        Defendant. | Civil Action No. CV 13-0821 WHO<br><br>Hon. William H. Orrick<br><br>**JOINT STIPULATION TO AMEND SCHEDULING ORDER** |
| ORANGE COUNTY DEPARTMENT OF EDUCATION,<br><br>        Counterclaimant.<br><br>    v.<br><br>BAY AREA GLAD, LLC, a California limited liability company, BE GLAD, LLC, a California limited liability company, JABBAR BEIG, an individual, and NOSHABA BEIG aka NOSHABA AFZAL, an individual,<br><br>        Counterdefendants. | |

**JOINT STIPULATION
TO AMEND SCHEDULNG ORDER**
Case No. CV 13-0821 WHO

Pursuant to Civil Local Rule 6-2(a), Plaintiffs and Counter-Defendants Bay Area Glad, LLC, BE GLAD, LLC, Jabbar Beig and Noshaba Beig ("Plaintiffs"), by and through their attorneys, Nixon Peabody LLP, and Defendant and Counterclaimant Orange County Department of Education ("OCDE"), by and through its attorneys, The Feldhake Law Firm, APC (Plaintiffs and OCDE being jointly referenced as "the Parties"), stipulate as follows:

## STIPULATION

1. The Parties are currently engaged in completing written discovery, completing a Stipulation for a Protective Order to address document production issues, and working to coordinate and take approximately twenty (20) to twenty-five (25) depositions of parties, employees and former employees of parties, and third party witnesses. The Parties, through counsel, are meeting and conferring on schedules for depositions, and encountering conflicts on dates, witness lack of availability and other issues. That will, in turn, impact expert identification and the timeliness of initial reports.

2. On September 10, 2014, the Parties met and conferred specific to the current Scheduling Order, options were proposed in writing, and counsel of record agreed to proposed modifications of the existing Scheduling Order to allow matters to be completed with enlargements of certain time frames but without changing filing dates on the Pretrial Order or the Trial date. Specifically, the Parties agreed upon the following limited changes to the existing Scheduling Order to allow work in process to be coordinated and completed without undue inconvenience to parties, counsel and witnesses:

- Fact Discovery will be extended for depositions from October 1, 2014 to November 3, 2014

JOINT STIPULATION　　　　　　　　　　　- 1 -
TO AMEND SCHEDULING ORDER
Case No. CV 13-0821 WHO

- Expert Disclosures and Initial Reports will be extended from October 1, 2014 to November 15, 2014, with Rebuttal Reports then due by December 3, 2014

- Last Day for Filing of Motions re Fact Discovery will be extended from October 8, 2014 to November 14, 2014

- Expert Discovery closed December 31, 2014

3. Good and reasonable cause exists for the extension of these limited dates. Initially, the parties have been attempting to coordinate Mediation for several months, encountering party, counsel as well as proposed Mediator calendar problems. An effort was made to defer depositions pending efforts in Mediation. A Mediation is now scheduled for October 2, 2014, which necessitates some depositions occur in September, with a limited enlargement of time periods for depositions to be concluded post-Mediation in October, with related later dates moved for a like thirty day period. Secondly, many of the prospective deponents are former employees or retirees, scheduling issues of counsel and witnesses have been encountered, and counsel for the Parties are attempting to work through scheduling issues to avoid undue inconvenience and costs for party, witness and counsel consistent with Local Rule 30-1. Finally, counsel have worked through the proposed timelines and attempted to craft limited extensions of a few timelines without impacting the Trial date or schedule for the Pretrial Order.

JOINT STIPULATION                                - 2 -
TO AMEND SCHEDULING ORDER
Case No. CV 13-0821 WHO

IT IS SO STIPULATED:

NIXON PEABODY LLP

Dated: September 12, 2014      By: _____
                               Gregory P. O'Hara
                               Rhys Cheung
                               Attorneys for Plaintiffs and Counter-Defendants
                               BAY AREA GLAD, LLC, BE GLAD, LLC,
                               JABBAR BEIG, and NOSHABA BEIG

THE FELDHAKE LAW FIRM, APC

Dated: September 12, 2014      By: _____
                               Robert J. Feldhake
                               Terry M. Weyna
                               Attorneys for Defendant and Counterclaimant
                               ORANGE COUNTY DEPARTMENT OF
                               EDUCATION

ORDER

Pursuant to Stipulation of the Parties, and good cause appearing, it is hereby ordered that:

1. The time period for completion of fact discovery for depositions is extended to November 3, 2014;

2. Expert Disclosures and Initial Reports are extended from October 1, 2014 to November 15, 2014, with Rebuttal Reports due by December 3, 2014;

3. The last day for filing of motions re fact discovery is extended from October 8, 2014 to November 14, 2014

4. Expert discovery shall be completed by December 31, 2014.

SO ORDERED.

Dated: September 23, 2014



William H. Orrick
U.S. District Judge

H:\2072 - Orange County Department of Education\001 - Bay Area Glad\PLDGS\Stip to Amend Scheduling Order.doc

JOINT STIPULATION
TO AMEND SCHEDULING ORDER
Case No. CV 13-0821 WHO

- 4 -