1 | Gregory P. O'Hara, State Bar No. 131963
    gohara@nixonpeabody.com
2 | Rhys W. Cheung, State Bar No. 228091
    rcheung@nixonpeabody.com
3 | NIXON PEABODY LLP
    2 Palo Alto Square
4 | 3000 El Camino Real, Ste. 500
    Palo Alto, CA 94306
5 | Tel:  650-320-7700
    Fax:  650-320-7701

Attorneys for Plaintiffs and Cross-Defendants
BAY AREA GLAD, LLC, BE GLAD, LLC, JABBAR BEIG,
and NOSHABA BEIG aka NOSHABA AFZAL

Robert J. Feldhake, State Bar No. 107380
rfeldhake@far-law.com
Terry M. Weyna, State Bar No. 171915
tweyna@far-law.com
THE FELDHAKE LAW FIRM, APC
650 Town Center Drive, Ste. 1590
Costa Mesa, CA 92626
Tel:  714-352-8230
Fax:  714-352-8270

Attorneys for Defendants and Counterclaimant
ORANGE COUNTY DEPARTMENT OF EDUCATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY AREA GLAD, LLC, a California limited liability company, BE GLAD, LLC, a California limited liability company, JABBAR BEIG, an individual, and NOSHABA BEIG aka NOSHABA AFZAL, an individual, , <br><br>           Plaintiffs, <br><br>    vs. <br><br>ORANGE COUNTY DEPARTMENT OF EDUCATION, <br><br>           Defendant. | Case No. CV 13-00821 WHO <br><br> **JOINT STIPULATION RE REQUEST AND ORDER TO CHANGE TIME PURSUANT TO LOCAL CIVIL RULE 6-2(a)** |
| AND RELATED CROSS ACTIONS | |

Subject to the Court's order, pursuant to Civil. L. R. 6-2 and by this stipulation, the parties respectfully request to enlarge the following deadlines previously set pursuant to the Court's Civil Pretrial Order and amendments thereto:

| Event | Current Date | Proposed Date |
|---|---|---|
| **Fact Discovery Cut-off** | October 1, 2014 | **No Change** |
| **Fact Discovery Cut-off for Depositions and residual written compliance** | November 3, 2014 | **December 3, 2014** |
| **Expert Disclosures and Initial Reports** | November 15, 2014 | **December 15, 2014** |
| **Expert rebuttal** | December 3, 2014 | **January 5, 2015** |
| **Discovery Motions filed by** | November 14, 2014 | **December 14, 2014** |
| **Motions heard by** | December 17, 2014 | **January 16, 2015** |
| **Expert discovery cutoff** | December 31, 2014 | **February 2, 2015** |
| **Pretrial conference** | March 2, 2015 | **No Change** |
| **Trial date** | March 30, 2015 | **No Change** |

**1. Good Cause Exists for Enlargement of Time**

The parties reached a settlement in principal of this matter following mediation with Judge Charles McCoy (Ret.) on October 2, 2014.  Since the completion of Mediation, the parties are working cooperatively to reduce the settlement to a written agreement.  Several drafts have been exchanged, with only a limited number of provisions requiring further discussion and drafting. To avoid legal fees and costs to both sides, and to avoid in part expenditures of public funds in litigation proceedings, continued litigation efforts have been stopped with full attention devoted to concluding settlement discussions and completing settlement documentation.  Once done, formal and final reviews will be required, possibly including statutory Brown Act Agenda-action compliance.  In the interim, the parties respectfully request that the Court enter the modified schedule as requested above.  The parties believe that a further extension of the discovery and motion deadlines of about 30 days will facilitate finalization of the settlement and allow all parties and the Court to avoid unnecessary expenses and to prevent wasting of judicial resources.

**2. Previous Time Modifications**

Prior to reaching a settlement, discovery and motion deadlines were previously extended by agreement and stipulation to accommodate mediation efforts.  The trial date of March 30, 2015, as set in the original Civil Pretrial Order dated March 3, 2014, has not been changed, although the parties may need to address that date in light of the compressed schedule presented.

**3. Effect on the Current Schedule in the Case**

The requested time modification will change the Court-ordered discovery and motion deadlines as noted above.  As the parties have reached a settlement in principal, and to conserve both the Court's and the parties resources, modifications to the trial date have not been requested at this time.

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document

<u>IT IS SO STIPULATED.</u>

Dated:  October 27, 2014                NIXON PEABODY LLP

                                        By: <u> /s/ Rhys W. Cheung                </u>
                                            Gregory P. O'Hara
                                            Rhys W. Cheung
                                            Attorneys for
                                            BAY AREA GLAD, LLC, BE GLAD, LLC,
                                            JABBAR BEIG, and NOSHABA BEIG aka
                                            NOSHABA AFZAL

Dated:  October 27, 2014                THE FELDHAKE LAW FIRM, APC

                                        By: <u> /s/ Robert J. Feldhake            </u>
                                            Robert J. Feldhake
                                            Terry M. Weyna
                                            Attorneys for
                                            ORANGE COUNTY DEPARTMENT OF
                                            EDUCATION

**ORDER**

Based on the foregoing stipulation of counsel and good cause appearing therefore, it is HEREBY ORDERED that the following deadlines in this matter will be modified as follows:

a. Fact Discovery Cut-off for Depositions and residual written compliance will be extended from November 3, 2014, to December 3, 2014;

b. The deadline for Expert Disclosures and Initial Reports will be extended from November 15, 2014, to December 15, 2014;

c. The deadline for Expert Rebuttal will be extended from December 3, 2014, to January 5, 2015;

d. The last day for filing motions relating to fact discovery will be extended from November 14, 2014, to December 15, 2014;

e. The last day for hearing motions will be extended from December 17, 2014, to January 14, 2015; and

f. Expert Discovery Cut-off will be extended from December 31, 2014, to February 2, 2015.

PURSUANT TO STIPULATION OF COUNSEL, IT IS SO ORDERED.

Dated October 30, 2014

_____
Hon. Judge William H. Orrick

JOINT STIPULATION RE REQUEST TO CHANGE TIME — - 4 - — CASE NO. CV 13-00821 WHO